Opinion issued February 1, 2007










In The

Court of Appeals

For the

First District of Texas

____________


NO. 01-07-00058-CV

____________


IN RE WILLIAM STEPHENS AND RAY JORDAN, Relators






Original Proceeding on Petition for Writ of Mandamus






MEMORANDUM OPINION Relators William Stephens and Ray Jordan filed a petition for a writ of
mandamus and a motion for temporary relief complaining of Judge Benton's January
18, 2007 order disqualifying Lloyd E. Kelley as relators' lawyer. (1)

 We deny the petition for a writ of mandamus and the dismiss as moot the
motion for temporary relief.


PER CURIAM

Panel consists of Justices Nuchia, Keyes, and Higley.
1. 
 -